IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  06-cv-00077-ZLW-MEH

NICOLE R. BOGGS,

    Plaintiff,

v.

HOPE MARTELL and
AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a
Wisconsin corporation,

    Defendants.

---

## ORDER

---

It is ORDERED that Plaintiff's Motion To Hold In Abeyance Defendant's [sic] Motion To Dismiss (Doc. No. 14) is denied.  If Plaintiff's motion to remand is granted, then Defendants' motion to dismiss, scheduled for hearing immediately thereafter, will be denied as moot.

DATED at Denver, Colorado, this   24   day of February, 2006.

BY THE COURT:

_____
ZITA L. WEINSHIENK,  Senior Judge
United States District Court