IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  06-cv-00077-ZLW-MEH

NICOLE R. BOGGS,

    Plaintiff,

v.

HOPE MARTELL and
AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a
Wisconsin corporation,

    Defendants.

---

## ORDER

---

The matter before the Court is Plaintiff's Stipulated Motion To Vacate Hearing And Advisment [sic] Of Settlement.  In consideration thereof, it is

ORDERED that Plaintiff's Stipulated Motion To Vacate Hearing is granted, and the hearing set on Thursday, March 30, 2006, at 2:00 p.m. is hereby vacated.  It is

FURTHER ORDERED that this case is held in abeyance pending the filing of settlement papers.  It is

FURTHER ORDERED that settlement papers shall be filed on or before April 20, 2006.  If by that date settlement papers have not been received by the Court, on April 27, 2006, the case will be dismissed without prejudice.

DATED at Denver, Colorado, this __27__ day of March, 2006.

BY THE COURT:

_____
ZITA L. WEINSHIENK,  Senior Judge
United States District Court