IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 06-cv-00077-ZLW-MEH

NICOLE R. BOGGS,

    Plaintiff,

v.

HOPE MARTELL and
AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation,

    Defendants.

_____

ORDER OF DISMISSAL
_____

    The matter before the Court is a Stipulated Motion To Dismiss With Prejudice, signed by the attorneys for the parties hereto. In consideration thereof, it is

    ORDERED that the Stipulated Motion To Dismiss With Prejudice is granted. It is

    FURTHER ORDERED that the Complaint and cause of action are dismissed with prejudice, the parties to pay their own costs.

    DATED at Denver, Colorado, this _21_ day of April, 2006.

                                    BY THE COURT:

                                    _____
                                    ZITA L. WEINSHIENK, Senior Judge
                                    United States District Court